# Court of Appeals
# of the State of Georgia

ATLANTA,  January 13, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0130. PLYATSKO v. SIMPSON.

On February 7, 2025, a final order was entered in Fulton Superior Court in Case No. 2023CV376411 from which the movant has filed a timely notice of appeal. Including the motion at issue, Movant has filed six emergency motions in this Court related to the purported appeal from the February final order, all of which have been denied prior to now.

Based on the content of the motion, we construe it as a request for mandamus pursuant to Court of Appeals Rule 40(c) ("In the exercise of its power under Ga. Const. Art. VI, Sec. I, Par. IV this Court may issue process in the nature of mandamus to the trial court as may be necessary in aid of its jurisdiction or to protect or effectuate its judgments. This Court's original mandamus jurisdiction is narrow and will be exercised sparingly.").

In order to effectuate our jurisdiction, we hereby GRANT IN PART the motion, and DIRECT the Clerk of Court of Fulton County to transmit the record on appeal as it stands now within 20 days of the date of this order. The Clerk should include any transcripts and any sealed documents, which this Court shall have access to under seal for purposes of appellate review. We also DIRECT the Clerk of Court of Fulton County to apply the trial court's July 25, 2025 order granting Movant indigent status. Once the appellate record has been transmitted to this Court, the

Movant may request to have items supplemented, which motion will be reviewed by this Court at such time. In all other respects, the motion is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/13/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*